UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LISS-OLOF M. NENZELL,<br><br>*Petitioner,*<br><br>v.<br><br>UNITED STATES SECURITITES AND EXCHANGE COMMISSION,<br><br>*Respondent.* | Case No.23-1141 |

## Petition for Review

Pursuant to Section 21(F) of the Securities Exchange Act of 1934, Rule 21F-13, and Federal Rule of Appellate Procedure 15, Petitioner Liss-Olof M. Nenzell ("Claimant 3"), hereby petitions this Court for review of the May 5th 2023, Final Order of Respondent the United States Securities and Exchange Commission in Whistleblower Award Proceeding File No. 2023-55 entitled *In the Matter of the Claim for an Award in connection with SEC v. Telefonaktiebolaget LM Ericsson,* 1:19-cv-11214 (S.D.N.Y Dec. 6, 2019)*; U.S. v. Telefonaktiebolaget LM Ericsson,* 1:19-cr-884 (S.D.N.Y. Dec. 6, 2019)*; and U.S. v. Ericsson Egypt Ltd.,* 1:19-cr-884 (S.D.N.Y. Dec. 6, 2019); Notice of Covered Action 2020-009.

Respectfully submitted,

By: */s/ David S. Stone*
David S. Stone, Esq.
STONE & MAGNANINI, LLP
400 Connell Drive, Suite 6200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Fax: (973) 218-1106
dstone@smcomplex.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June 2023, copies of the Petition for Review were served on the following by first class mail to:

Office of the General Counsel
Securities and Exchange Commission
100 F Street NE
Washington, DC 205459

Nicole C. Kelly
Chief, SEC Office of the Whistleblower
SEC Office of the Whistleblower (c/o ENF-CPU)
14420 Albemarle Point Place, Suite 102
Chantilly, VA 20151-1750

Respectfully submitted,

By:  */s/ David S. Stone*
David S. Stone, Esq.
STONE & MAGNANINI, LLP
400 Connell Drive, Suite 6200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Fax: (973) 218-1106
dstone@smcomplex.com

*Counsel for Petitioner*