# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-1140**                                                           **September Term, 2022**

**SEC-2023-55**

**Filed On: June 30, 2023** [2005978]

Jane Doe,

       Petitioner

   v.

Securities and Exchange Commission,

       Respondent

------------------------------

Consolidated with 23-1141

## **O R D E R**

Upon consideration of the consent motion to modify initial deadlines, it is

**ORDERED** that the motion be granted. The following deadlines are now established:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 3, 2023 |
| Docketing Statement Form | August 3, 2023 |
| Entry of Appearance Form | August 3, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 3, 2023 |
| Statement of Issues to be Raised | August 3, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | August 3, 2023 |
| Dispositive Motions, if any | August 17, 2023 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1140**                                                       **September Term, 2022**

| | |
|---|---|
| Certified Index to the Record | August 22, 2023 |
| Procedural Motions, if any | September 6, 2023 |

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                  BY:    /s/
                                                 Catherine J. Lavender
                                                 Deputy Clerk